**Dismissed and Memorandum Opinion filed March 31, 2020.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-20-00054-CV

---

## DAVID GREEN, ANNIE M. BRANCH A/K/A ANNIE GREEN, CHANDRA WARE D/B/A SAPPHIRE REALTY A/K/A SAPPHIRE REALTY HOUSTON AND D'ADREINNE M. TRUITT-SWEATT, Appellants

## V.

## TAMEIKA EVANS AND DAVID EVANS, INDIVIDUALLY AND AS NEXT FRIEND OF DAVION EVANS, A MINOR CHILD, TIMOTHY EVANS, A MINOR CHILD, UNIQUE EVANS, A MINOR CHILD, DAVID EVANS, II, A MINOR CHILD, AND TATIANA EVANS, Appellees

---

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2018-26231**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed October 9, 2019. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On February 24, 2020, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.